UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES EASTER )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>EQUIFAX INFORMATION )<br>SOLUTIONS, INC., ET AL. )<br>)<br>Defendants. )<br>) | No. 1:12-cv-01821-TWT-JFK |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day electronically and by regular U.S. mail, served the within and foregoing **FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT EQUIFAX INFORMATION SERVICES** to the following counsel of record:

Betsey L. Tate
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
btate@kslaw.com

Rebecca B. Crawford
Jones Day
1420 Peachtree Street, NE
Atlanta, GA 30309-3053
rbcrawford@jonesday.com

This  31st  day of July, 2012.

        **FRANCIS & MAILMAN, P.C.**

  BY: /s/ Geoffrey H. Baskerville
       Geoffrey H. Baskerville
       (Admitted *pro hac vice*)
       Pennsylvania Bar No. 200011
       Land Title Building, 19th Floor
       100 South Broad Street
       Philadelphia, PA  19110
       (215) 735-8600 (phone)
       (215) 940-8000 (fax)
       gbaskerville@consumerlawfirm.com

**SKAAR & FEAGLE, LLP**
James M. Feagle
Georgia Bar No. 256916
108 E. Ponce de Leon Avenue
Suite 204
Decatur, GA  30030
(404) 373-1970 (phone)
(404) 601 - 1855 (fax)
jfeagle@skaarandfeagle.com

***Attorneys for Plaintiff James Easter***