UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES EASTER )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>EQUIFAX INFORMATION )<br>SOLUTIONS, INC., ET AL. )<br>)<br>Defendants. )<br>) | No. 1:12-cv-01821-TWT-JFK |

### CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day electronically and by regular U.S. mail, served the within and foregoing **FIRST SET OF INTERRROGATORIES DIRECTED TO DEFENDANT EQUIFAX INFORMATION SERVICES** to the following counsel of record:

Betsey L. Tate
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
btate@kslaw.com

Rebecca B. Crawford
Jones Day
1420 Peachtree Street, NE
Atlanta, GA 30309-3053
rbcrawford@jonesday.com

This 31st day of July, 2012.

       **FRANCIS & MAILMAN, P.C.**

      BY: /s/ Geoffrey H. Baskerville
        Geoffrey H. Baskerville
        (Admitted *pro hac vice*)
        Pennsylvania Bar No. 200011
        Land Title Building, 19th Floor
        100 South Broad Street
        Philadelphia, PA  19110
        (215) 735-8600 (phone)
        (215) 940-8000 (fax)
        gbaskerville@consumerlawfirm.com

        **SKAAR & FEAGLE, LLP**
        James M. Feagle
        Georgia Bar No. 256916
        108 E. Ponce de Leon Avenue
        Suite 204
        Decatur, GA  30030
        (404) 373-1970 (phone)
        (404) 601 - 1855 (fax)
        jfeagle@skaarandfeagle.com

      ***Attorneys for Plaintiff James Easter***